SHEILA FREED, Respondent, v YOCHAI KAPLA, Appellant.

Submitted February 22, 2016; decided April 28, 2016

Motion for reargument of motion for leave to appeal etc. denied [*see* 26 NY3d 1097 (2016)].

Chief Judge DiFIORE and Judge GARCIA taking no part.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TED ANTOINE, Appellant.

Submitted April 11, 2016; decided April 28, 2016

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES L. CARR, Appellant.

Submitted April 25, 2016; decided April 28, 2016

Motion for assignment of counsel granted and Evan M. Lumley, Esq., Cornell Mansion, 484 Delaware Avenue, Buffalo, New York 14202 assigned as counsel to the appellant on the appeal herein.

Judge FAHEY taking no part.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK NONNI, Appellant.

Submitted April 25, 2016; decided April 28, 2016

Motion for assignment of counsel granted and Robert S. Dean, Esq., Center for Appellate Litigation, 120 Wall Street, 28th Floor, New York, NY 10005 assigned as counsel to the appellant on the appeal herein.